UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BETHEA, individually and on behalf of others similarly situated,<br><br>                        Plaintiff,<br>- against -<br><br>LINCARE INC.,<br>                        Defendant, Cross Claim Plaintiff, and Third Party Plaintiff,<br><br>And VIDHWAN, INC.;<br>                        Defendant and Cross Claim Defendant,<br>- against -<br><br>NEXTSOURCE, INC.,<br>                        Third Party Defendant. | Case No.: 2:22-cv-05936-GRB-LGD<br><br>**FILED**<br>**CLERK**<br><br>3:49 pm, Jul 27, 2023<br><br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is dismissed with prejudice against the Defendants, Lincare Inc., Vidhwan, Inc., and nextSource, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Leeds Brown Law, P.C.<br>One Old Country Road - Suite 347<br>Carle Place, New York 11514<br>Tel: (516) 874-4505<br>Attorneys for Plaintiff,<br>Jerome Bethea<br><br>By: _____<br>     Brett R. Cohen<br><br>Dated: July 21, 2023 | FordHarisson<br>CityPlace II<br>185 Asylum Street, Suite 820<br>Hartford, Connecticut 06103<br>Tel: (860) 740-1371<br><br><br>By: _____<br>     Craig Dickinson<br><br>Dated: July 24, 2023 |

11

227325386 v1

Case 2:22-cv-05936-GRB-LGD   Document 25   Filed 07/27/23   Page 2 of 2 PageID #: 182

<table>
</table>

| | |
|---|---|
| Archer & Greiner P.C.<br>Court Plaza South, West Wing<br>21 Main Street, Suite 353<br>Hackensack, NJ 07601<br>Tel: (201) 498-8504<br><br>By: /s/ Patrick Papalia<br>    Patrick Papalia<br><br>Dated: July 25, 2023 | Burr Forman LLP<br>222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201<br>Tel: (615) 724-3204<br><br>By: /s/ Emily Mack<br>    Emily Mack<br><br>Dated: July 24, 2023 |

227488322 v1

Dated: 7/27/2023
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

12

227325386 v1